## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

Katie Wood *et al.*,

*Plaintiffs*,

v.                                                    No. 4:23-cv-00526-MW-MAF

Florida Department of Education *et al.*,

*Defendants*.

_____/

## MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*
## BY DIEGO A. SOTO, ESQ.

Pursuant to Local Rule 11.1(C), Diego A. Soto, Esq., counsel for Plaintiffs, respectfully moves for leave to appear *pro hac vice* in this case. In support, Mr. Soto certifies the following:

1.      My Attorney Admission Tutorial confirmation number is FLND17024142441224;

2.      I am familiar with the CM/ECF e-filing system;

3.      Attached is my certificate of good standing dated within 30 days of the date of this motion.

Respectfully submitted.

December 13, 2023                          /s/ Diego A. Soto
                                          Diego A. Soto[*‡]
                                          SOUTHERN POVERTY LAW CENTER

150 E. Ponce De Leon Ave. Ste. 340
Decatur, GA 30030
(404) 221-5837
(404) 221-5857 (fax)
diego.soto@splcenter.org
‡ *Admission to GA pending*

*Counsel for Plaintiffs*

\* Pro hac vice *motion pending*