UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

Case No. 4:23-CV-00526-MW/MAF

KATIE WOOD, et al.,

      Plaintiffs,

vs.

FLORIDA DEPARTMENT OF
EDUCATION, et al.,

      Defendants.
_____/

## NOTICE OF APPEARANCE

Notice is hereby given of the appearance of Jason L. Margolin of the law firm of AKERMAN LLP on behalf of Defendant, School Board of Hillsborough County, Florida. All parties are requested to provide notice to the undersigned in accordance with applicable law.

                                     */s/ Jason L. Margolin*
                                     **JASON L. MARGOLIN, ESQ.** (FBN 69881)
                                     Email: jason.margolin@akerman.com
                                     **AKERMAN LLP**
                                     401 E. Jackson Street, Suite 1700
                                     Tampa, Florida 33602
                                     Telephone: (813) 209-5009
                                     Facsimile: (813) 218-5488

                                     *Attorneys for Defendant School Board of Hillsborough County, Florida*

74260001;1

## **CERTIFICATE OF SERVICE**

I certify a true and correct copy of the foregoing was served upon all counsel of record via CM/ECF on the 4th of January, 2024.

> */s/ Jason L. Margolin*
> Attorney

74260001;1