IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**KATIE WOOD, et al.,**

    *Plaintiffs*,

v.                                                                            Case No.: 4:23cv526-MW/MAF

**FLORIDA DEPARTMENT OF
EDUCATION, et al.,**

    *Defendants*.
_____/

## ORDER SETTING BRIEFING SCHEDULE

Based on the agreement of the parties, this Court adopts the parties' joint proposed schedule, ECF No. 30, with the following modifications as discussed on the record at the telephonic scheduling conference on January 5, 2024. Defendants' responses in opposition to the motion for preliminary injunction, and declarations in support thereof are due on or before February 2, 2024. Defendants' motions to dismiss or other responsive pleadings are due on or before February 12, 2024. Plaintiff Wood's reply brief and any rebuttal declarations in support of the motion for preliminary injunction and all of the Plaintiffs' responses to any motions to dismiss are due on or before February 26, 2024. Defendants' reply briefs in support of their motions to dismiss are due on or before March 11, 2024. An in-person hearing on Plaintiff Wood's motion for preliminary injunction is set for **Friday, March 29, 2024, at 8:30 a.m. (ET)**.

Finally, Defendants' response, if any, to Plaintiff Doe's motion for leave to proceed under a pseudonym, ECF No. 12, is due on or before January 9, 2024, absent any request for extension. If the parties require further clarification from this Court, they need only file a motion or contact the Courtroom Deputy Clerk in the event they need to set this case for an expedited telephonic hearing.

**SO ORDERED on January 5, 2024.**

>	s/Mark E. Walker                         
>	**Chief United States District Judge**