# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

Wood, *et al.*,

     *Plaintiffs*,

     v.

Florida Department of Education, *et al.*,

     *Defendants.*

Case No. 4:23-cv-00526-MW-MAF

## RESPONSE TO PLAINTIFF DOE'S MOTION FOR LEAVE TO PROCEED UNDER A PSEUDONYM

  The State Defendants take no position on Plaintiff Doe's motion for leave to proceed under a pseudonym.

Dated: January 9, 2024

Respectfully submitted,

/s/ *Bryan Weir*
Bryan Weir*
Daniel Shapiro
Daniel M. Vitagliano*
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
Telephone: 703.243.9423
bryan@consovoymccarthy.com
daniel@consovoymccarthy.com
dvitagliano@consovoymccarthy.com

*Counsel for the State Defendants*

*Admitted pro hac vice