IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**KATIE WOOD, et al.,**

    *Plaintiffs*,

v().                                                                Case No.: 4:23cv526-MW/MAF

**FLORIDA DEPARTMENT OF
EDUCATION, et al.,**

    *Defendants*.

_____/

## ORDER SETTING SCHEDULING CONFERENCE

Pending before this Court is Plaintiff Schwandes's Motion for Preliminary Injunction, ECF No. 43. In order to promote the orderly and prompt resolution of this matter,

**IT IS ORDERED:**

1. The attorneys for all parties must confer prior to the scheduling conference in a good faith effort to reach agreement on the scheduling of a hearing on the request for preliminary injunction and on other procedural and substantive issues relating to the motion, including briefing deadlines for the parties' responses and replies, if any, the need for live testimony, and the admissibility of declarations.

2.      The Clerk shall set this matter for a telephonic scheduling conference on Thursday, February 1, 2024, at 1:00 p.m. (ET).

**SO ORDERED on January 30, 2024.**

s/Mark E. Walker             
**Chief United States District Judge**
