# United States District Court
## CIVIL MINUTES - GENERAL

Case # __4:23cv526-MW-MAF__   Date __March 29, 2024__

KATIE WOOD, et al. v. FLORIDA DEPARTMENT OF EDUCATION, et al.

DOCKET ENTRY:   Preliminary Injunction Hearing Held  8:36 – 9:09 a.m.; 9:29 – 9:45 a.m.

Court hears argument re: Defendants' [62], [63] & [64] Motions to Dismiss and Plaintiffs' [11] & [45] Motions for Preliminary Injunction.  Order to follow.

PRESENT:  HONORABLE MARK E. WALKER, CHIEF UNITED STATES DISTRICT JUDGE

| Victoria Milton McGee | Megan Hague |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) for Plaintiff(s):
Samuel Boyd, Diego Soto, Scott McCoy,
James Finberg, Jodi Siegel &
Simone Chriss

Attorney(s) for Defendant(s):
Bryan Weir, Daniel Vitagliano &
Daniel Shapiro (State Defendants)
Jason Margolin (School Board of Hillsborough County)
Mikala Makar (School Board of Lee County)
David Marsey (Florida Virtual School)

PROCEEDINGS:    Preliminary Injunction Hearing Held

8:36   Court in session
       Court reviews record
8:38   Court hears argument re: Defendants' [62], [63] & [64] Motions to Dismiss
8:53   Court hears argument re: Plaintiffs' [11] & [45] Motions for Preliminary Injunction
9:09   Court in recess

9:29   Court in session
       Argument continues re: Plaintiffs' [11] & [45] Motions for Preliminary Injunction.
9:43   Ruling by Court:  Plaintiffs to supplement the record by 5:00 p.m. on 3/29/24.
       Order to follow.
9:45   Court adjourned

Initials of Clerk: **VMM**