# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

Wood, *et al.*,

        *Plaintiffs,*

      v.

Florida Department of Education, *et al.*,

        *Defendants.*

Case No. 4:23-cv-526-MW-MAF

## NOTICE OF APPEAL

Notice is hereby given that Defendants Florida Department of Education, State Board of Education, Monesia Brown, Esther Byrd, Grazie Christie, Kelly Garcia, Benjamin Gibson, Mary-Lynn Magar, Ryan Petty, Commissioner of Education, Education Practices Commission, Aadil Ameerally, Ana Armbrister Bland, Jared Barr, Michael Butcher, Yvonne Caldwell, Elayne Colon, Ann Copenhaver, Joseph Goodwin, Benjamin Henry, Timothy Holley, Lisa Innerst, Jeffrey Johnson, Kenneth LaPee, Mason Lewis, Sallie Murphy, Christine Plaza, Kevin Rowe, Charles Shaw, Orenthya Sloan, Marc Snyder, Malcolm Thomas, Jordan Tompkins, and Kathy Wilks (the State Defendants) appeal to the United States Court of Appeals for the Eleventh Circuit

from the order granting Plaintiff Katie Wood's motion for preliminary injunction entered April 9, 2024. *See* Dkt. 82.

Dated: April 17, 2024                    Respectfully submitted,

                                         */s/ Bryan Weir*
                                         Bryan Weir*
                                         Daniel Shapiro
                                         Daniel M. Vitagliano*
                                         CONSOVOY MCCARTHY PLLC
                                         1600 Wilson Boulevard, Suite 700
                                         Arlington, VA 22209
                                         Telephone: 703.243.9423
                                         bryan@consovoymccarthy.com
                                         daniel@consovoymccarthy.com
                                         dvitagliano@consovoymccarthy.com

                                         *Counsel for the State Defendants*

                                         *Admitted pro hac vice