UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

Katie Wood, Jane Doe, and AV Schwandes,

    Plaintiffs,

v.                                          Case No. 4:23-cv-00526-MW-MAF

Florida Department of Education et al.,

    Defendants.
_____/

## DEFENDANT HILLSBOROUGH COUNTY SCHOOL BOARD'S AMENDED NOTICE OF JOINING STATE DEFENDANTS' MOTION TO DISMISS[1]

Defendant, Hillsborough County School Board ("HCSB"), with the consent of the State Defendants, hereby files this Amended Notice of Joining State Defendants' Motion to Dismiss (Doc. 103). HCSB adopts and joins the State Defendants' arguments regarding Plaintiff Wood's Title VII and Title IX causes of action against HCSB. Accordingly, HCSB respectfully requests that the Court dismiss Counts 3 and 14 of the Second Amended Complaint for the reasons stated in the State Defendants' Motion.

---

[1] Defendant's original Notice (Doc. 102) erroneously cited co-Defendant Florida Virtual School Board of Trustees' Motion to Dismiss (Doc. 101), not the State Defendants' Motion.

76566436;1

Dated: May 28, 2024  /s/ Jason L. Margolin
**JASON L. MARGOLIN, ESQ.** (FBN 69881)
Email: jason.margolin@akerman.com
**Neema M. Monfared, Esq.** (FBN 1035991)
Email: neema.monfared@akerman.com
**AKERMAN LLP**
401 E. Jackson Street, Suite 1700
Tampa, Florida 33602
Telephone: (813) 209-5009
Facsimile: (813) 218-5488
*Attorneys for Defendant School Board of Hillsborough County, Florida*

## CERTIFICATE OF SERVICE

I certify a true and correct copy of the foregoing was served upon all counsel of record via CM/ECF on May 28, 2024.

/s/ Jason L. Margolin
Attorney

76566436;1