## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

KATIE WOOD, JANE DOE and AV
SCHWANDES,

      Plaintiffs,

vs.

                          CASE NO. 4:23-cv-00526-MW-MAF

FLORIDA DEPARTMENT OF
EDUCATION, et al.,

      Defendants.

_____

## DEFENDANT FLORIDA VIRTUAL SCHOOL BOARD OF TRUSTEES' ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS' SECOND AMENDED COMPLAINT

Defendant Florida Virtual School Board of Trustees ("FLVS"), through undersigned counsel, responds to Plaintiffs' Second Amended Complaint [DE 94] and states:

### PRELIMINARY STATEMENT

1.     Section 1000.071, Fla. Stat. speaks for itself, and therefore, no response is necessary. Beyond this, FLVS denies the remaining allegations and arguments contained in this paragraph.

2.     FLVS denies the allegations and arguments contained in this paragraph.

3.     FLVS denies the remaining allegations and arguments contained in this paragraph.

## PARTIES

### A.    Plaintiffs

4.    FLVS is without knowledge of, therefore, denies the allegations contained in this paragraph.

5.    FLVS is without knowledge of, therefore, denies the allegations contained in this paragraph.

6.    FLVS admits Schwandes was formerly employed as one of its teachers. FLVS is without knowledge of, therefore, denies the remaining allegations contained in this paragraph.

### B.    Defendants

#### 1.    Statement Defendants

7.    The cited Florida Statutes speak for themselves; therefore, no response is required.

8.    The cited Florida Statutes and provision of the Florida Constitution speak for themselves; therefore, no response is required.

9.    FLVS admits Plaintiff purports to state claims against members of the State Board of Education in their official capacities.

10.    The cited Florida Statutes and provision of the Florida Constitution speak for themselves; therefore, no response is required.

11.    The cited Florida Statutes speak for themselves; therefore, no response is required.

12.    FLVS admits Plaintiff purports to state claims against members of the Education Practices Commission in their individual capacities.

13.    The cited Florida Statutes speak for themselves; therefore, no response is required.

### 2.    School Board Defendants

14.    The cited Florida Statutes and provision of the Florida Constitution speak for themselves; therefore, no response is required.

15.    The cited Florida Statutes and provision of the Florida Constitution speak for themselves; therefore, no response is required.

16.    FLVS admits Plaintiffs refer to Hillsborough County and Lee Count School Boards as "School Board Defendants."

### JURISDICTION & VENUE

17.    FLVS admits the allegations contained in this paragraph for jurisdictional purposes only.  FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

18.    FLVS admits to the allegations contained in this paragraph for venue purposes only.  FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

19. FLVS admits the allegations contained in this paragraph for jurisdiction purposes only. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

## FACTUAL ALLEGATIONS

**A.    HB 1069 (2023)**

20. FLVS admits the Florida Legislature enacted and the Governor signed House Bill 1069, enacting Florida law that took effect on July 1, 2023. FLVS admits Plaintiff only challenges subsection 3 of Section 2 of HB 1069. FLVS denies the remaining allegations contained in this paragraph.

21. HB 1069 and Section 1000.21, Fla. Stat. speak for themselves, as does Plaintiff's "presumption," and therefore, no response is required.

22. HB 1069 speaks for itself, and therefore, no response is required. Beyond this, FLVS denies that a law, rule or regulation must define "female" or "male" for the proper interpretation of HB 1069.

23. HB 1069 and Section § 1000.071, Fla. Stat speaks for themselves, and therefore, no response is required.

24. Section § 1000.071, Fla. Stat. speaks for itself, and therefore, no response is required. Beyond this, FLVS denies the allegations and arguments contained in this paragraph.

25.     HB 1069 and Section § 1000.21, Fla. Stat. speak for themselves, and therefore, no response is required.  Beyond this, FLVS denies the allegations and arguments contained in this paragraph.

26.     HB 1069 and Section § 1000.21, Fla. Stat. speak for themselves, and therefore, no response is required.  Beyond this, FLVS denies the allegations and arguments contained in this paragraph.

27.     HB 1069 and Section § 1000.21, Fla. Stat. speak for themselves, and therefore, no response is required.  Beyond this, FLVS denies the allegations and arguments contained in this paragraph.

**B.     Subsection 3's Purposeful Invidious Discrimination**

28.     FLVS is without knowledge of, therefore denies, the allegations and arguments contained in this paragraph.

29.     FLVS is without knowledge of, therefore denies, the allegations and arguments contained in this paragraph.

30.     The cited bills and laws speak for themselves, and therefore, no response is required.  Beyond this, FLVS is without knowledge of, therefore denies, the allegations and arguments contained in this paragraph.

31.     The cited bills and laws speak for themselves, and therefore, no response is required.  Beyond this, FLVS is without knowledge of, therefore denies, the allegations and arguments contained in this paragraph.

32.     FLVS denies the allegations and arguments contained in this paragraph.

**C.     Defendants' Implementation and Enforcement of Subsection 3**

**1.     Defendants Florida Department of Education, State Board of Education, Members of Defendant State Board of Education, Commissioner of Education, Education Practices Commission, and Members of Education Practices Commission**

33.     The Rules cited in this paragraph speak for themselves, and therefore, no response is required.  Beyond this, the allegations set forth in this paragraph are not directed towards FLVS.  To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied.  FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

34.     The Rules cited in this paragraph speak for themselves, and therefore, no response is required.  Beyond this, the allegations set forth in this paragraph are not directed towards FLVS.  To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied.  FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

35.     The Rules and statutes cited in this paragraph speak for themselves, and therefore, no response is required.  Beyond this, the allegations set forth in this paragraph are not directed towards FLVS.  To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied.  FLVS denies it is

liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

36. The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

37. The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

38. The statutes cited in this paragraph speak for themselves, and therefore, no response is required. Beyond this, the allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

39. The statutes cited in this paragraph speak for themselves, and therefore, no response is required. Beyond this, the allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

40.     The statutes cited in this paragraph speak for themselves, and therefore, no response is required.  Beyond this, the allegations set forth in this paragraph are not directed towards FLVS.  To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied.  FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

41.     HB 1069 and the statutes cited in this paragraph speak for themselves, and therefore, no response is required.  Beyond this, the allegations set forth in this paragraph are not directed towards FLVS.  To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied.  FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

42.     The statutes cited in this paragraph speak for themselves, and therefore, no response is required.  Beyond this, the allegations set forth in this paragraph are not directed towards FLVS.  To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied.  FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

43.     The statutes cited in this paragraph speak for themselves, and therefore, no response is required.  Beyond this, the allegations set forth in this paragraph are not directed towards FLVS.  To the extent any allegation contained herein purports

to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

44. The statutes cited in this paragraph speak for themselves, and therefore, no response is required. Beyond this, the allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

45. The statutes cited in this paragraph speak for themselves, and therefore, no response is required. Beyond this, the allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

46. The statutes cited in this paragraph speak for themselves, and therefore, no response is required. Beyond this, the allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

47. The statutes cited in this paragraph speak for themselves, and therefore, no response is required. Beyond this, the allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports

to state an allegation against FLVS, it is denied.  FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

48.     The statutes cited in this paragraph speak for themselves, and therefore, no response is required.  Beyond this, the allegations set forth in this paragraph are not directed towards FLVS.  To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied.  FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

49.     The allegations set forth in this paragraph are not directed towards FLVS.  To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied.  FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

50.     the allegations set forth in this paragraph are not directed towards FLVS.  To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied.  FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

## 2.     School Board Defendants

51.     The allegations set forth in this paragraph are not directed towards FLVS.  To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied.  FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

52. The statutes cited in this paragraph speak for themselves, and therefore, no response is required. Beyond this, the allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

53. The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

54. The statutes cited in this paragraph speak for themselves, and therefore, no response is required. Beyond this, the allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

55. The rule cited in this paragraph speak for itself, and therefore, no response is required. Beyond this, the allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

56.     The rule cited in this paragraph speak for itself, and therefore, no response is required.  Beyond this, the allegations set forth in this paragraph are not directed towards FLVS.  To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied.  FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

57.     The statute cited in this paragraph speaks for itself, and therefore, no response is required.  Beyond this, the allegations set forth in this paragraph are not directed towards FLVS.  To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied.  FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

### a.     Defendant Hillsborough County School Board

58.     This, the allegations set forth in this paragraph are not directed towards FLVS.  To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied.  FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

59.     The Board policy speaks for itself; therefore, no response is required.  Beyond this, the allegations set forth in this paragraph are not directed towards FLVS.  To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied.  FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

60. The Board policy and statute speak for themselves; therefore, no response is required. Beyond this, the allegations set forth in this Paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

61. The Board policy speaks for itself; therefore, no response is required. Beyond this, the allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

62. The Board policy speaks for itself; therefore, no response is required. Beyond this, the allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

63. The Board policy speaks for itself; therefore, no response is required. Beyond this, the allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

64.     The Board policy speaks for itself; therefore, no response is required. Beyond this, the allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

65.     The Board policy speaks for itself; therefore, no response is required. Beyond this, the allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

66.     The Board policy speaks for itself; therefore, no response is required. Beyond this, the allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

### b.     Defendant Lee County School Board

67.     The Board policy speaks for itself; therefore, no response is required. Beyond this, the allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation

against FLVS, it is denied.  FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

68.     The Board policy speaks for itself; therefore, no response is required. Beyond this, the allegations set forth in this paragraph are not directed towards FLVS.  To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied.  FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

69.     The Board policy speaks for itself; therefore, no response is required. Beyond this, the allegations set forth in this paragraph are not directed towards FLVS.  To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied.  FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

70.     The Board policy speaks for itself; therefore, no response is required. Beyond this, the allegations set forth in this paragraph are not directed towards FLVS.  To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied.  FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

71.     The Board policy speaks for itself; therefore, no response is required. Beyond this, the allegations set forth in this paragraph are not directed towards FLVS.  To the extent any allegation contained herein purports to state an allegation

against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

72.     The Board policy speaks for itself; therefore, no response is required. Beyond this, the allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

73.     The Board policy speaks for itself; therefore, no response is required. Beyond this, the allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

74.     The Board policy speaks for itself; therefore, no response is required. Beyond this, the allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

75.     The Board policy speaks for itself; therefore, no response is required. Beyond this, the allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation

against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

76.     The Board policy speaks for itself; therefore, no response is required. Beyond this, the allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

### c.     Defendant Florida Virtual School Board of Trustees

77.     FLVS's policy speaks for itself; therefore, no response is required.

78.     FLVS's policy speaks for itself; therefore, no response is required.

79.     FLVS admits that its policies were amended to comply with Florida law. Beyond this, FLVS's policy speaks for itself; therefore, no response is required.

80.     FLVS's policy and the statute speak for themselves; therefore, no response is required.

81.     FLVS's policy speaks for itself; therefore, no response is required.

82.     FLVS's policy speaks for itself; therefore, no response is required.

83.     FLVS's policy speaks for itself; therefore, no response is required.

### D.     Gender Identity and the Harms of Misgendering

84.     FLVS denies the allegations contained in this paragraph.

85.     FLVS denies the allegations contained in this paragraph.

86.     FLVS denies the allegations contained in this paragraph.

87.     FLVS denies the allegations contained in this paragraph.

88.     FLVS denies the allegations contained in this paragraph.

89.     FLVS denies the allegations contained in this paragraph.

**E.      Subsection 3's Effects on Plaintiffs**

      **1.      Effects on Ms. Wood**

90.     The allegations set forth in this paragraph are not directed towards FLVS.  To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied.  FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

91.     The allegations set forth in this paragraph are not directed towards FLVS.  To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied.  FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

92.     The allegations set forth in this paragraph are not directed towards FLVS.  To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied.  FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

93.     The allegations set forth in this paragraph are not directed towards FLVS.  To the extent any allegation contained herein purports to state an allegation

against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

94. The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

95. The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

96. The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

97. The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

98. The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation

against FLVS, it is denied.  FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

99.    The allegations set forth in this paragraph are not directed towards FLVS.  To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied.  FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

100.    The allegations set forth in this paragraph are not directed towards FLVS.  To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied.  FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

101.    The allegations set forth in this paragraph are not directed towards FLVS.  To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied.  FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

102.    The allegations set forth in this paragraph are not directed towards FLVS.  To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied.  FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

103.    The allegations set forth in this paragraph are not directed towards FLVS.  To the extent any allegation contained herein purports to state an allegation

against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

104. The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

105. The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

106. The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

107. The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

108. The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation

against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

109. The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

110. The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

111. The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

## 2. Effects on Ms. Doe

112. The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

113. The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

114. The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

115. The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

116. The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

117. The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

118. The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

119. The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

120. The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

121. The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

122. The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

123.   The allegations set forth in this paragraph are not directed towards FLVS.  To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied.  FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

### 3.      Effects on Mx. Schwandes

124.   FLVS admits Plaintiff Schwandes's sex assigned at birth is female. FLVS is without knowledge of, and therefore denies, the remaining allegations contained in this paragraph.

125.   FLVS admits the allegations contained in this paragraph.

126.   FLVS denies Plaintiff Schwandes used the title Professor in the course and scope of employment with FLVS.  FLVS admits Plaintiff Schwandes used the title "Mrs." during the course and scope of her employment.  FLVS is without knowledge of, therefore, denies the specific date alleged, but admits at some point during their employment with FLVS, Plaintiff Schwandes attempted to use "Mx." and they/them, as well as she, pronouns at work.

127.   FLVS denies the allegations contained in this paragraph.

128.   FLVS denies the allegations contained in this paragraph.

129.   FLVS admits it did not permit Plaintiff Schwandes to misrepresent her credentials by using the title Professor.  FLVS denies Plaintiff Schwandes ever attempted to use the titles Doctor or Teacher.

130.   FLVS denies the allegations contained in this paragraph.

131.   FLVS denies the allegations contained in this paragraph.

132.   FLVS admits that on October 24, 2023, it terminated Plaintiff Schwandes for violations of policy and the Principles of Professional Conduct for the Education Profession in Florida, to include, but not limited to, her violation of state law.  Beyond this, FLVS denies the allegations and arguments contained in this paragraph.

133.   FLVS admits Plaintiff filed a charge of employment discrimination against FLVS with EEOC.  Beyond this, FLVS is without knowledge of, therefore denies, the remaining allegations contained in this paragraph.

134.   FLVS is without knowledge of, therefore denies, the allegations contained in this paragraph.

**CLAIMS FOR RELIEF**

**COUNT 1**

**Violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-2**

**Discrimination Because of Sex**

Pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-5

By All Plaintiffs Against Defendants Florida Department of Education, State Board of Education, and Education Practices Commission

135.   FLVS admits Plaintiff purports to state claims against the Defendants named in this paragraph and restates and re-alleges its responses to the paragraphs incorporated by reference herein.

136.   The allegations set forth in this paragraph are not directed towards FLVS.  To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied.  FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

137.   The allegations set forth in this paragraph are not directed towards FLVS.  To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied.  FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

138.   The allegations set forth in this paragraph are not directed towards FLVS.  To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied.  FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

139.   The allegations set forth in this paragraph are not directed towards FLVS.  To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied.  FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

140. The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

141. The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

142. The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

143. The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

144. The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

145. The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

146. The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

147. The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

148. The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

149. The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

150. The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

151. The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

## COUNT 2

## Violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-7

## Discrimination Because of Sex

Pursuant to 42 U.S.C. § 1983 and the Court's Inherent Equitable Powers

By All Plaintiffs Against Defendants Commissioner of Education, Members of Defendant State Board of Education, and Member of Defendant Education Practices Commission

152. FLVS admits Plaintiffs purport to state claims against the Defendants named in this paragraph and restates and re-alleges its responses to the paragraphs incorporated by reference herein.

153. The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation

against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

154. The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

155. The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

156. The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

157. The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

158. The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation

against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

159. The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

160. The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

## COUNT 3

**Violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-2**

**Discrimination Because of Sex**

Pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-5

By Plaintiff Katie Wood Against Defendant Hillsborough County School Board

161. Plaintiff admits Plaintiff Wood purports to state a claim against Defendant Hillsborough County School Board and restates and re-alleges its responses to the paragraphs incorporated by reference herein.

162. The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation

against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

163. The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

164. The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

165. The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

166. The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

167. The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation

against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

168. The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

169. The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

170. The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

171. The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

172. The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation

against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

173. The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

174. The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

175. The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

176. The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

177. The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation

against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

## COUNT 4

**Violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-2**

**Discrimination Because of Sex**

Pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-5

By Plaintiff Jane Doe Against Defendant Lee County School Board

178.   FLVS admits Plaintiff Doe purports to state a claim against Defendant Lee County School Board and restates and re-alleges its responses to the paragraphs incorporated by reference herein.

179.   The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

180.   The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

181.   The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation

against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

182. The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

183. The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

184. The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

185. The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

186. The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation

against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

187. The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

188. The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

189. The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

## COUNT 5

**Violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-2**

**Discrimination Because of Sex**

Pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-5

By Plaintiff AV Schwandes Against Defendant Florida Virtual School Board of Trustees

190. FLVS admits Plaintiff Schwandes purports to state a claim against FLVS, and restates and re-alleges its responses to paragraphs 6, 7-13, 17-50, 77-89, and 124-134.

191. Title VII speaks for itself; therefore, no response is required.

192. FLVS admits the allegations contained in this paragraph.

193. FLVS admits that Plaintiff is an individual under Title VII but denies that her alleged non-binary status is protected under Title VII.

194. FLVS denies the allegations contained in this paragraph.

195. FLVS denies the allegations contained in this paragraph.

196. FLVS denies the allegations contained in this paragraph.

197. FLVS denies the allegations contained in this paragraph.

198. FLVS denies the allegations contained in this paragraph.

## COUNT 6

**Violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-2**

**Discharge Because of Sex**

Pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-5

By Plaintiff AV Schwandes Against Defendant Florida Virtual School Board of Trustees

199. FLVS admits Plaintiff purports to state a claim against FLVS and FLVS restates and re-alleges its responses to paragraphs 6, 7-13, 17-50, 77-89, and 124-134.

200. Title VII speaks for itself; therefore, no response is required.

201. FLVS admits the allegations contained in this paragraph.

202. FLVS denies the allegations contained in this paragraph.

203. FLVS denies the allegations contained in this paragraph.

204. FLVS denies the allegations contained in this paragraph.

205. FLVS denies the allegations contained in this paragraph.

## COUNT 7

**Violation of the First and Fourteenth Amendments to the U.S. Constitution**

**Deprivation of Freedom of Speech**

Pursuant to 42 U.S.C. § 1983

By Plaintiffs Katie Wood and Jane Doe Against Defendants Commissioner of Education, Members of Defendant State Board of Education, and Member of Defendant Education Practices Commission

206. FLVS admits the enumerated Plaintiff's purport to bring claims against the enumerated Defendants and restates and re-alleges its responses to the paragraphs incorporated by reference herein.

207. The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation

against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

208. The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

209. The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

210. The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

211. The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

212. The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation

against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

213. The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

214. The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

215. The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

216. The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

**COUNT 8**

**Violation of the First and Fourteenth Amendments to the U.S. Constitution**

## Deprivation of Freedom of Speech

## Pursuant to 42 U.S.C. § 1983

### By Plaintiff Katie Wood Against Defendant Hillsborough County School Board

217.  FLVS admits Plaintiff Wood purports to state a claim against Defendant Hillsborough County School Board and restates and re-alleges its responses to the paragraphs incorporated by reference herein.

218.  The allegations set forth in this paragraph are not directed towards FLVS.  To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied.  FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

219.  The allegations set forth in this paragraph are not directed towards FLVS.  To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied.  FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

220.  The allegations set forth in this paragraph are not directed towards FLVS.  To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied.  FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

221.  The allegations set forth in this paragraph are not directed towards FLVS.  To the extent any allegation contained herein purports to state an allegation

against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

222. The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

223. The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

224. The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

225. The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

226. The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation

against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

227. The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

228. The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

## COUNT 9

## Violation of the First and Fourteenth Amendments to the U.S. Constitution

## Deprivation of Freedom of Speech

Pursuant to 42 U.S.C. § 1983

By Plaintiff Jane Doe Against Defendant Lee County School Board

229. FLVS admits Plaintiff Doe purports to state a claim against Defendant Lee County School Board and restates and re-alleges its responses to the paragraphs incorporated by reference herein.

230. The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation

against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

231.  The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

232.  The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

233.  The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

234.  The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

235.  The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation

against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

236. The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

237. The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

238. The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

239. The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

240. The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation

against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

## COUNT 10

**Violation of the Fourteenth Amendment to the U.S. Constitution**

**Deprivation of Equal Protection of the Laws**

Pursuant to 42 U.S.C. § 1983

By All Plaintiffs Against Defendants Commissioner of Education, Members of Defendant State Board of Education, and Member of Defendant Education Practices Commission

241. FLVS admits Plaintiffs purport to state a claim against the enumerated Defendants and restates and re-alleges its responses to the paragraphs incorporated by reference herein.

242. The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

243. The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

244. The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

245. The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

246. The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

247. The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

248. The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

249. The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

## COUNT 11

### Violation of the Fourteenth Amendment to the U.S. Constitution

### Deprivation of Equal Protection of the Laws

Pursuant to 42 U.S.C. § 1983

By Plaintiff Katie Wood Against Defendant Hillsborough County School Board

250. FLVS admits Plaintiff Wood purports to state a claim against Defendant Hillsborough County School Board and restates and re-alleges its responses to the paragraphs incorporated by reference herein.

251. The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

252. The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

253.    The allegations set forth in this paragraph are not directed towards FLVS.  To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied.  FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

254.    The allegations set forth in this paragraph are not directed towards FLVS.  To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied.  FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

255.    The allegations set forth in this paragraph are not directed towpards FLVS.  To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied.  FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

256.    The allegations set forth in this paragraph are not directed towards FLVS.  To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied.  FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

257.    The allegations set forth in this paragraph are not directed towards FLVS.  To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied.  FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

258.   The allegations set forth in this paragraph are not directed towards FLVS.  To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied.  FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

259.   The allegations set forth in this paragraph are not directed towards FLVS.  To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied.  FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

## COUNT 12

**Violation of the Fourteenth Amendment to the U.S. Constitution**

**Deprivation of Equal Protection of the Laws**

Pursuant to 42 U.S.C. § 1983

By Plaintiff Jane Doe Against Defendant Lee County School Board

260.   FLVS admits Plaintiff Doe purports to state a claim against Defendant Lee County School Board and restates and re-alleges its responses to the paragraphs incorporated by reference herein.

261.   The allegations set forth in this paragraph are not directed towards FLVS.  To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied.  FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

262.    The allegations set forth in this paragraph are not directed towards FLVS.  To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied.  FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

263.    The allegations set forth in this paragraph are not directed towards FLVS.  To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied.  FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

264.    The allegations set forth in this paragraph are not directed towards FLVS.  To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied.  FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

265.    The allegations set forth in this paragraph are not directed towards FLVS.  To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied.  FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

266.    The allegations set forth in this paragraph are not directed towards FLVS.  To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied.  FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

267.    The allegations set forth in this paragraph are not directed towards FLVS.  To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied.  FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

268.    The allegations set forth in this paragraph are not directed towards FLVS.  To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied.  FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

269.    The allegations set forth in this paragraph are not directed towards FLVS.  To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied.  FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

## COUNT 13

**Violation of Title IX of the Education Amendments of 1972, 20 U.S.C. § 1681, *et seq.***

**Discrimination on the Basis of Sex**

Pursuant to Title IX of the Education Amendments of 1972, 20 U.S.C. § 1681 *et seq.*

By All Plaintiffs Against Defendants Florida Department of Education, State Board of Education, and Education Practices Commission

270.   FLVS admits Plaintiffs purport to state a claim against the enumerated Defendants and restates and re-alleges its responses to the paragraphs incorporated by reference herein.

271.   The allegations set forth in this paragraph are not directed towards FLVS.  To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied.  FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

272.   The allegations set forth in this paragraph are not directed towards FLVS.  To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied.  FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

273.   The allegations set forth in this paragraph are not directed towards FLVS.  To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied.  FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

274.   The allegations set forth in this paragraph are not directed towards FLVS.  To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied.  FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

275.    The allegations set forth in this paragraph are not directed towards FLVS.  To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied.  FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

276.    The allegations set forth in this paragraph are not directed towards FLVS.  To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied.  FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

277.    The allegations set forth in this paragraph are not directed towards FLVS.  To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied.  FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

278.    The allegations set forth in this paragraph are not directed towards FLVS.  To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied.  FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

279.    The allegations set forth in this paragraph are not directed towards FLVS.  To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied.  FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

280. The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

281. The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

## COUNT 14

**Violation of Title IX of the Education Amendments of 1972, 20 U.S.C. § 1681, *et seq.***

### Discrimination on the Basis of Sex

Pursuant to Title IX of the Education Amendments of 1972, 20 U.S.C. § 1681 *et seq.*

By Plaintiff Katie Wood Against Defendant Hillsborough County School Board

282. FLVS admits Plaintiff Wood purports to state a claim against Defendant Hillsborough County School Board and restates and re-alleges its responses to the paragraphs incorporated by reference herein.

283. The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation

against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

284. The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

285. The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

286. The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

287. The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

288. The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation

against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

289. The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

290. The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

291. The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

292. The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

293. The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation

against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

**COUNT 15**

**Violation of Title IX of the Education Amendments of 1972, 20 U.S.C. § 1681, *et seq.***

**Discrimination on the Basis of Sex**

Pursuant to Title IX of the Education Amendments of 1972, 20 U.S.C. § 1681 *et seq.*

By Plaintiff Jane Doe Against Defendant Lee County School Board

294.    FLVS admits Plaintiff Doe purports to sate a claim against Lee County School Board and restates and re-alleges its responses to the paragraphs incorporated by reference herein.

295.    The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

296.    The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

297. The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

298. The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

299. The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

300. The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

301. The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

302. The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

303. The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

304. The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

305. The allegations set forth in this paragraph are not directed towards FLVS. To the extent any allegation contained herein purports to state an allegation against FLVS, it is denied. FLVS denies it is liable to Plaintiffs in any sum or manner or that they are entitled to any relief whatsoever.

**COUNT 16**

**Violation of Title IX of the Education Amendments of 1972, 20 U.S.C. § 1681,
*et seq.***

**Discrimination on the Basis of Sex**

Pursuant to Title IX of the Education Amendments of 1972, 20 U.S.C. § 1681 *et seq.*

By Plaintiff AV Schwandes Against Defendant Florida Virtual School Board of Trustees

306.  FLVS admits Plaintiff Schwandes purports to state a claim against FLVS and restates and re-alleges its responses to the paragraphs incorporated by reference herein.

307.  Title IX speaks for itself, and therefore, no response is required.

308.  FLVS admits that Plaintiff is a person under Title IX but denies that her alleged non-binary status is protected under Title IX.

309.  FLVS denies the allegations contained in this paragraph.

310.  FLVS denies the allegations contained in this paragraph.

311.  FLVS denies the allegations contained in this paragraph.

## COUNT 17

**Violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-3, Retaliation**

Pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 20003-5

By Plaintiff AV Schwandes Against Defendant Florida Virtual School Board of Trustees

312.  FLVS admits Plaintiff Schwandes purports to state a claim against FLVS and restates and re-alleges its responses to the paragraphs incorporated by reference herein.

313.  Title VII speaks for itself, and therefore, no response is required.

314.  FLVS admits the allegations contained in this paragraph.

315.  FLVS denies the allegations contained in this paragraph.

316.  FLVS denies the allegations contained in this paragraph.

317.  FLVS denies the allegations contained in this paragraph.

318.  FLVS denies the allegations contained in this paragraph.

## PRAYER FOR RELIEF

Defendant Florida Virtual School Board of Trustees denies that Plaintiff AV Schwandes is entitled to any relief whatsoever and specifically denies the relief requested in the prayer for relief.

## DEMAND FOR JURY TRIAL

The Florida Virtual School Board of Trustees hereby demands a jury trial on all issues so triable.

## AFFIRMATIVE AND OTHER DEFENSES

FLVS hereby asserts the following affirmative and additional defenses without assuming any burdens of production or proof that it would not otherwise have.  FLVS further reserves the right to assert other affirmative or additional defenses and to supplement this Answer upon discovery of facts or evidence rendering such action appropriate.

1.      Plaintiff's Complaint fails to state a cause of action or claim upon which relief can be granted.

2.      Plaintiff's claims may be barred by, or damages limited by, the after-acquired evidence doctrine.

3.      Plaintiff's action is barred against FLVS as to any claims or alleged acts of discrimination for which Plaintiff did not timely file a charge or complaint with the Florida Commission on Human Relations or the Equal Employment Opportunity Commission.

4.      Some or all of Plaintiff's claims are barred because FLVS maintained, disseminated and enforced a clear policy against discrimination (harassment) (retaliation) establishing reasonable and effective means of reporting and seeking relief from conduct believed to be discriminating, harassing, or retaliatory and because Defendant acted in accordance with this policy at all times.

5.      Plaintiff has failed to exhaust their administrative remedies, formal or informal, statutory, contractual or otherwise.

6.      Plaintiff's Complaint exceeds the scope of their administrative charges or claims.

7.      Plaintiff has failed to sufficiently allege and cannot establish a *prima facie* case of gender discrimination or retaliation under the applicable laws sued upon.

8.     Any and all actions taken by FLVS with regard to Plaintiff were based upon legitimate, proper, non-discriminatory grounds, and upon grounds other than Plaintiff's gender or alleged filing of a charge of discrimination, which Plaintiff cannot rebut, or otherwise demonstrate, were a pretext for unlawful discrimination or retaliation.

9.     FLVS is entitled to rely on the presumption of constitutionality of the challenged Florida Statute, and therefore, was obligated to follow it.

10.     Given that Plaintiff's employment was terminated before any relevant decisionmaker at FLVS had any knowledge Plaintiff filed a discrimination charge, Plaintiff cannot establish that the alleged filing of a charge of discrimination was the "but for" cause of their termination.

11.     Even if discrimination or retaliation were present, which FLVS denies, the complained of actions would have been taken regardless of Plaintiff's alleged filing of a charge of discrimination.

12.     To the extent that any unlawful discrimination or retaliation occurred, which FLVS expressly denies, FLVS is not liable for any damage resulting therefrom because reasonable care was exercised to prevent and promptly correct any alleged discrimination or retaliation, and the Plaintiff unreasonably failed to take advantage of any preventative or corrective opportunities to avoid the harm otherwise.

13.	Plaintiff is not entitled to some or all of the relief requested in the Complaint because, even if any unlawful discrimination or retaliation occurred, which FLVS denies, such conduct was prohibited by FLVS's policies and was not within the actual or constructive knowledge of higher management in FLVS's governance structure.

14.	Plaintiff has failed to mitigate her damages and/or has suffered no damages.

15.	Any action or lack of action by FLVS was not the proximate cause of any damage or injury to Plaintiff.

16.	Plaintiff lacks standing to maintain this action or seek injunctive relief and any claim for injunctive relief is moot.

17.	FLVS is entitled to a setoff for any and all settlements, recoveries, payments, satisfactions, judgments and collateral source benefits paid or payable to Plaintiff as a result of the allegations set forth in the Complaint.  Therefore, Plaintiff's damages, if any, should be reduced accordingly.

18.	Plaintiff is guilty of their own misconduct, including, but not limited to gross insubordination.

19.	Plaintiff's claim is subject to the limitations set forth in 42 U.S.C. Section 1981a, and they are not entitled to interest or any other relief prohibited by or not specifically provided by law.

20.     Plaintiff is not entitled to some or all of the relief requested to the extent discovery reveals that one or more of their claims, in whole or in part, is barred by the preemption doctrine.

21.     At all times relevant to this action FLVS acted in good faith and in the reasonable belief that its conduct did not violate any protected right, privilege or immunity of Plaintiff.

22.     Plaintiff cannot establish that they suffered an adverse employment action under the laws sued upon, and she cannot establish that they were subjected to a hostile working environment.

23.     FLVS did not discriminate against the Plaintiff on the basis of their sex.

24.     FLVS specifically reserves the right to plead any and all additional defenses and affirmative defenses that become known to it during the course of discovery.

WHEREFORE, Defendant Florida Virtual School Board of Trustees, respectfully requests that Plaintiff's Complaint be dismissed with prejudice, that judgment be entered in FLVS's favor, that Plaintiff take nothing by this action, and that FLVS recover its attorney's fees, costs and expenses associated with this lawsuit.

Respectfully submitted,

/s Eric J. Holshouser
ERIC J. HOLSHOUSER
Florida Bar No.: 307734
Email: eholshouser@rtlaw.com
ROGERS TOWERS, P.A.
1301 Riverplace Boulevard, Suite 1500
Jacksonville, FL 32207
Tel: (904) 398-3911
Fax: (904) 396-0663


J. DAVID MARSEY
Florida Bar No.: 0010212
E-mail: dmarsey@rumberger.com (primary)
docketingorlando@rumberger.com and
dmarseysecy@rumberger.com (secondary)
JEFFREY J. GROSHOLZ
Florida Bar No.: 1018568
E-mail: jgrosholz@rumberger.com (primary)
docketingorlando@rumberger.com and
jgrosholzsecy@rumberger.com (secondary)
RUMBERGER, KIRK & CALDWELL, P.A.
101 North Monroe Street, Suite 1050
Tallahassee, Florida 32301
Tel: 850.222.6550
Fax: 850.222.8783
ATTORNEYS FOR DEFENDANT FLORIDA
VIRTUAL SCHOOL BOARD OF TRUSTEES

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 31, 2024, I electronically filed the

foregoing with the Clerk of the Court by using the CM/ECF system which will send

a notice of electronic filing to the following: **Sam Boyd at**

sam.boyd@splcenter.org and Carli Raben at carli.raben@splcenter.com, Aaron S. Fleisher at aaron.fleisher@splcenter.org, Diego A. Soto at diego.soto@splcenter.org, Jessica L. Stone at Jessica.stonre@splcenter.org, Simone Chriss at simone.chriss@southernlegal.org, Jodi Siegel at Jodi.siegel@southernlegal.org, James M. Finberg at jfinberg@altschulerberzon.com and James Baltzer at jbaltzer@altshulerberson.com (Counsel for Plaintiffs); Bryan K. Weir at bryan@consovoymccarthy.com, Daniel Joseph Shapiro at daniel@consovoymccarthy.com, and Daniel J. Vitagliano at dvitagliano@consovoymccarthy.com (Counsel for State Education Defendants); James D. Fox at jfox@ralaw.com (Counsel for Lee County School Board); Jason L. Margolin at jason.margolin@akerman.com and Neema Monfared at neema.monfared@akerman.com (Counsel for School Board of Hillsborough County, Florida).

/s Eric J. Holshouser
ERIC J. HOLSHOUSER
Florida Bar No.: 307734
Email: eholshouser@rtlaw.com
ROGERS TOWERS, P.A.
1301 Riverplace Boulevard, Suite 1500
Jacksonville, FL 32207
Tel: (904) 398-3911
Fax: (904) 396-0663

J. DAVID MARSEY
Florida Bar No.:  0010212
E-mail:  dmarsey@rumberger.com (primary)
docketingorlando@rumberger.com and
dmarseysecy@rumberger.com (secondary)
JEFFREY J. GROSHOLZ
Florida Bar No.:  1018568
E-mail:  jgrosholz@rumberger.com (primary)
docketingorlando@rumberger.com and
jgrosholzsecy@rumberger.com (secondary)
RUMBERGER, KIRK & CALDWELL, P.A.
101 North Monroe Street, Suite 1050
Tallahassee, Florida 32301
Tel:  850.222.6550
Fax:  850.222.8783
ATTORNEYS FOR DEFENDANT FLORIDA
VIRTUAL SCHOOL BOARD OF TRUSTEES

19452356.v1