# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-11239

_____

KATIE WOOD,

                                                                                 Plaintiff-Appellee,

AV SCHWANDES, et al.,

                                                                                       Plaintiffs,

*versus*

FLORIDA DEPARTMENT OF EDUCATION,
FLORIDA STATE BOARD OF EDUCATION,
COMMISSIONER OF EDUCATION,
EDUCATION PRACTICES COMMISSION,
MONESIA BROWN,
In their official capacity as member of

                                      defendant education practices, et al.,

                                                      Defendants-Appellants,

2            Order of the Court            24-11239

HILLSBOROUGH COUNTY SCHOOL BOARD, et al.,

Defendants.

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 4:23-cv-00526-MW-MAF

_____

ORDER:

Amicus Curiae Linguistic Society of America's Motion for Leave to File Brief in support of Appellee is GRANTED.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION