# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

| | |
|---|---|
| Wood, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> Florida Department of Education, *et al.*, <br><br> *Defendants*. | Case No. 4:23-cv-526-MW-MAF |

## EIGHTH JOINT STATUS REPORT ON DISCOVERY

As required by this Court's January 5, 2024, Initial Scheduling Order ¶(1)(b), Dkt. No. 31, counsel for all parties jointly report as follows:

1. On February 14, 2024, Defendant Florida Virtual School Board of Trustees served on Plaintiff Schwandes a request to produce documents. Schwandes timely served objections and responses to the request on March 15, 2024, and later served supplemental responses and objections on April 17 and August 14, 2024.

2. On March 25, 2024, the State Defendants served on Plaintiffs Wood, Doe, and Schwandes a request to produce documents.

Following an agreed extension, Plaintiffs timely served objections and responses to the request on May 8, 2024, with supplemental objections and responses on August 14, 16, and 28, 2024.

3. On March 25, 2024, Plaintiffs Wood, Doe, and Schwandes served on the State Defendants a request to produce documents and a request to admit, and Plaintiff Wood served on the State Defendants interrogatories. Following an agreed extension, the State Defendants timely served objections and responses to the requests to produce documents and to admit on May 8, 2024, and to Wood's interrogatories on May 9, 2024, with a supplemental response to Wood's interrogatories on July 9, 2024.

4. On May 15, 2024, Plaintiff Doe served on Defendant Lee County School Board a request to produce documents, a request to admit, and interrogatories. Following an agreed extension, LCSB timely served objections and responses to the request to produce documents and the interrogatories on July 19, 2024, and to the request to admit on July 22, 2024.

5. On May 15, 2024, Plaintiff Schwandes served on Defendant Florida Virtual School Board of Trustees a request to produce documents, a request to admit, and interrogatories. FLVS timely served objections and responses to the requests to produce documents and to admit and to the interrogatories on June 14, 2024.

6. On May 15, 2024, Plaintiff Wood served on Defendant Hillsborough County School Board a request to produce documents and a request to admit. HCSB timely served objections and responses to the requests to produce documents and to admit and to the interrogatories on June 14, 2024.

7. On May 22, 2024, Plaintiff Wood served on Defendant Hillsborough County School Board interrogatories. Following an agreed extension, HCSB timely served objections and responses to the interrogatories on July 2, 2024.

8. On May 23, 2024, the State Defendants served on Plaintiffs Wood, Doe, and Schwandes interrogatories. Following an agreed extension, Plaintiffs' timely served objections and responses to the interrogatories on July 15, 2024.

9. On July 2, 2024, the State Defendants served on Plaintiffs Doe and Schwandes a second set of interrogatories. Doe and Schwandes timely served objections and responses to the interrogatories on August 1, 2024.

10. On July 3, 2024, the State Defendants served on Plaintiffs Wood, Doe, and Schwandes notices of deposition. The State Defendants and HCSB deposed Wood on August 28, 2024, and the State Defendants and LCSB deposed Doe on August 30, 2024.

11. On July 15, 2024, Plaintiffs disclosed an affirmative expert witness. Following an agreed extension, the State Defendants timely disclosed a rebuttal expert witness on August 22, 2024.

12. On August 15, 2024, Plaintiffs served on FDOE, HCSB, LCSB, and FLVS notices of deposition.

13. No other discovery requests or responses have been served.

Dated: September 6, 2024							Respectfully submitted,

*/s/ Diego A. Soto*
Diego A. Soto*
Jessica L. Stone*
SOUTHERN POVERTY LAW CENTER
150 E. Ponce De Leon Ave.
   Ste. 340
Decatur, GA 30030
(404) 521-6700
(404) 377-0708 (fax)
diego.soto@splcenter.org
jessica.stone@splcenter.org


Sam Boyd, Fla. Bar No. 1012141
Carli Raben, Fla. Bar No.
   1036013
SOUTHERN POVERTY LAW CENTER
2 S. Biscayne Blvd. Ste. 3750
Miami, FL 33131
(786) 347-2056
(786) 237-2949 (fax)
sam.boyd@splcenter.org
carli.raben@splcenter.org

Aaron S. Fleisher*†
SOUTHERN POVERTY LAW CENTER
1101 17th St NW Ste. 705
Washington, DC 20036
(202) 536-9719
(202) 971-9205 (fax)
aaron.fleisher@splcenter.org

† *Not admitted to practice law in DC*

Simone Chriss, Fla. Bar No.
   124062
Jodi Siegel, Fla. Bar No. 511617
SOUTHERN LEGAL COUNSEL, INC.
1229 NW 12th Ave.
Gainesville, FL 32601
(352) 271-8890
(352) 271-8347 (fax)
simone.chriss@southernlegal.org
jodi.siegel@southernlegal.org

James M. Finberg*
James Baltzer*
ALTSHULER BERZON LLP
177 Post St., Ste. 300
San Francisco, CA 94108
(415) 421-7151
jfinberg@altshulerberzon.com
jbaltzer@altshulerberzon.com

* *Admitted* pro hac vice

*Counsel for Plaintiffs*

5

*/s/ Bryan Weir*
Bryan Weir*
Daniel Shapiro
Daniel M. Vitagliano*
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard,
    Suite 700
Arlington, VA 22209
Telephone: 703.243.9423
bryan@consovoymccarthy.com
daniel@consovoymccarthy.com
dvitagliano@consovoymccarthy.com

*Admitted pro hac vice

*Counsel for the State Defendants*

*/s/ Jason L. Margolin*
Jason L. Margolin, Esq. (FBN
    69881)
Email: jason.margolin@akerman.com
AKERMAN LLP
401 E. Jackson Street,
    Suite 1700
Tampa, Florida 33602
Telephone: (813) 209-5009
Facsimile: (813) 218-5488

*Counsel for Defendant School Board of Hillsborough County, Florida*

*/s/ James D. Fox*
James D. Fox
Roetzel & Andress, LPA
999 Vanderbilt Beach Road
    Suite 401
Naples, FL 34108
Direct Phone No.: 239.649.2705
Main Phone No.: 239.649.6200
Fax No.: 239.261.3659
Email: jfox@ralaw.com

*Counsel for Defendant Lee County School Board*

6

*/s/ Eric J. Holshouser*
Eric J. Holshouser
Florida Bar No.: 307734
Email: eholshouser@rtlaw.com
ROGERS TOWERS, P.A.
1301 Riverplace Boulevard,
 Suite 1500
Jacksonville, FL 32207
(904) 398-3911 – Telephone
(904) 396-0663 – Facsimile

J. David Marsey
Florida Bar No.: 0010212
Email: dmarsey@rumberger.com (primary)
docketingorlando@rumberger.com and
dmarseysecy@rumberger.com (secondary)
Jeffrey J. Grosholz
Florida Bar No.: 1018568
Email: jgrosholz@rumberger.com (primary)
docketingorlando@rumberger.com and
jgrosholzsecy@rumberger.com (secondary)
RUMBERGER, KIRK & CALDWELL, P.A.
101 North Monroe Street, Suite 1050
Tallahassee, Florida 32301
Tel: 850.222.6550
Fax: 850.222.8783

*Counsel for Defendant Florida Virtual School Board of Trustees*