UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| Wood, *et al.*,<br><br>　　　　*Plaintiffs*,<br><br>　　v.<br><br>Florida Department of Education, *et al.*,<br><br>　　　　*Defendants*. | Case No. 4:23-cv-526-MW-MAF |

## MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56 and Local Rule 7, the State Defendants move for summary judgment on all of Plaintiffs' claims against the State Defendants. The State Defendants file the attached memorandum in support of their motion for summary judgment.

## ORAL ARGUMENT REQUESTED

Pursuant to Local Rule 7.1(K), the State Defendants request oral argument on their motion.

2

Respectfully submitted,                                  Dated: November 25, 2024

*/s/ Bryan Weir*
Bryan Weir*
Daniel Shapiro
Daniel M. Vitagliano*
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard,
   Suite 700
Arlington, VA 22209
Telephone: 703.243.9423
bryan@consovoymccarthy.com
daniel@consovoymccarthy.com
dvitagliano@consovoymccarthy.com

*Admitted pro hac vice

*Counsel for the State Defendants*

2

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(F) undersigned counsel for the State Defendants certifies that the above motion, excluding those portions excluded by Local Rule 7.1(F), consists of 207 words.

*/s/ Bryan Weir*
Bryan Weir

## CERTIFICATE OF SERVICE

I hereby certify that on November 25, 2024, I electronically filed the foregoing via CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

_/s/ Bryan Weir_
Bryan Weir
