# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-11239

_____

KATIE WOOD,

                                          Plaintiff-Appellee,

AV SCHWANDES, et al.,

                                          Plaintiffs,

*versus*

FLORIDA DEPARTMENT OF EDUCATION,
FLORIDA STATE BOARD OF EDUCATION,
COMMISSIONER OF EDUCATION,
EDUCATION PRACTICES COMMISSION,
MONESIA BROWN,

      In their official capacity as member of defendant education

practices, et al.,

2                                                                 24-11239

                                                  Defendants-Appellants,

HILLSBOROUGH COUNTY SCHOOL BOARD, et al.,

                                                                Defendants.

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 4:23-cv-00526-MW-MAF

_____

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: July 2, 2025

For the Court: DAVID J. SMITH, Clerk of Court