# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

| | |
|---|---|
| Wood, *et al.*,<br><br>     *Plaintiffs*,<br><br>     v.<br><br>Florida Department of Education, *et al.*,<br><br>     *Defendants*. | Case No. 4:23-cv-526-MW-MAF |

## JOINT MOTION FOR LEAVE FOR FURTHER BRIEFING

The Court issued its opinion on the parties' cross-motions for summary judgment on August 13, 2025. *See* Doc. 190. The Court stayed the case, however, "until the Eleventh Circuit renders a decision in the en banc rehearing of *Lange v. Houston County, Georgia*." *Id.* at 48. In its decision, the Court also highlighted two issues: (1) "whether the Equal Protection Clause even applies to government speech"; and (2) whether Plaintiffs' First Amendment claims cover a "broader, out-of-classroom, swath of speech." *Id.* at 30 n.14, 45 n.20. The Court invited the parties to brief those issues if they had a good-faith basis for doing so. *See id.* at 30 n.14 ("If a party believes it has a good-faith basis to brief this issue before

trial, it may file a motion for leave to do so.") *id.* at 45 n.20 ("If Plaintiffs have a good-faith basis to make such an argument, they may file a motion for leave to brief the issue further.").

The parties have conferred and jointly move for leave for further briefing on those two issues. Specifically, Plaintiffs move for leave to argue that their First Amendment claims extend to speech outside the classroom, and Defendants move for leave to argue that the Equal Protection Clause does not apply to government speech. The parties submit that they have good-faith bases to brief these issues and thus respectfully request leave to do so. No party opposes leave to brief these issues further, but the parties reserve the right to oppose other parties' arguments presented in any further briefing.

The parties propose that these two issues, at least, should be briefed simultaneously, with each party filing a brief on the issue they seek to raise, and the other side filing a response on that issue 14 days later. The parties are amenable to briefing these two issues now or together with any further briefing on Plaintiffs' Title VII disparate treatment claims after the Eleventh Circuit issues its en banc decision in *Lange v. Houston County*—whichever the Court prefers.

2

Accordingly, the parties respectfully request leave to brief the issues of whether Plaintiffs' First Amendment claims extend to out-of-classroom speech and whether the Equal Protection Clause applies to government speech.

Dated: August 27, 2025

Respectfully submitted,

/s/ Sam Boyd
Sam Boyd, Fla. Bar No. 1012141
Carli Raben, Fla. Bar No.
   1036013
SOUTHERN POVERTY LAW CENTER
2 S. Biscayne Blvd. Ste. 3750
Miami, FL 33131
(786) 347-2056
(786) 237-2949 (fax)
sam.boyd@splcenter.org
carli.raben@splcenter.org

Diego A. Soto*
Jessica L. Stone*
SOUTHERN POVERTY LAW CENTER
150 E. Ponce De Leon Ave.
   Ste. 340
Decatur, GA 30030
(404) 521-6700
(404) 377-0708 (fax)
diego.soto@splcenter.org
jessica.stone@splcenter.org

Simone Chriss, Fla. Bar No.
   124062
Jodi Siegel, Fla. Bar No. 511617
SOUTHERN LEGAL COUNSEL, INC.
1229 NW 12th Ave.
Gainesville, FL 32601
(352) 271-8890
(352) 271-8347 (fax)
simone.chriss@southernlegal.org
jodi.siegel@southernlegal.org

Aaron S. Fleisher*†
SOUTHERN POVERTY LAW CENTER
1101 17th St NW Ste. 705
Washington, DC 20036
(202) 536-9719
(202) 971-9205 (fax)
aaron.fleisher@splcenter.org

† *Not admitted to practice law in DC*

James M. Finberg*
James Baltzer*
ALTSHULER BERZON LLP
177 Post St., Ste. 300
San Francisco, CA 94108
(415) 421-7151
jfinberg@altshulerberzon.com
jbaltzer@altshulerberzon.com

4

*\* Admitted* pro hac vice

*Counsel for Plaintiffs*

/s/ Bryan Weir
Bryan Weir\*
Daniel M. Vitagliano\*†
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard,
    Suite 700
Arlington, VA 22209
Telephone: 703.243.9423
bryan@consovoymccarthy.com
dvitagliano@consovoymccar-
thy.com

\*Admitted pro hac vice
† Supervised by principals of the
firm admitted to practice in VA

*Counsel for the State Defendants*

/s/ Jason L. Margolin
Jason L. Margolin, Esq. (FBN
    69881)
Email: jason.margolin@aker-
man.com
AKERMAN LLP
401 E. Jackson Street,
    Suite 1700
Tampa, Florida 33602

Telephone: (813) 209-5009
Facsimile: (813) 218-5488

*Counsel for Defendant School
Board of Hillsborough County,
Florida*

/s/ James D. Fox
James D. Fox
Roetzel & Andress, LPA
999 Vanderbilt Beach Road
    Suite 401
Naples, FL 34108
Direct Phone No.: 239.649.2705
Main Phone No.: 239.649.6200
Fax No.: 239.261.3659
Email: jfox@ralaw.com

*Counsel for Defendant Lee
County School Board*

5