**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**KATIE WOOD, et al.,**

     *Plaintiffs*,

**v.**                               **Case No.: 4:23cv526-MW/MAF**

**FLORIDA DEPARTMENT OF
EDUCATION, et al.,**

     *Defendants*.

_____/

**ORDER GRANTING JOINT MOTION FOR LEAVE
TO FILE FURTHER BRIEFING**

This Court has considered, without hearing, the parties' joint motion for leave to file further briefing. ECF No. 191. Specifically, Plaintiffs move for leave for briefing on *Lange v. Houston County* and to revise the briefing schedule. ECF No. 193. The motion is **GRANTED**. The briefing schedule is revised to extend Defendants' deadline to file a brief addressing whether the Equal Protection Clause applies to government speech and the impact of *Lange* to **on or before September 25, 2025**. Plaintiffs' brief addressing whether their Amendment claims extend to speech outside the classroom is also due **on or before September 25, 2025**. The

parties' deadline to respond to their respective briefs is extended to **on or before October 9, 2025.**

SO ORDERED on September 10, 2025.

s/Mark E. Walker            
**United States District Judge**